■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARK ELLIOTT, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Starkey, J.), rendered June 22, 1990, convicting him of robbery in the first degree and criminal possession of a weapon in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Any error in the admission of the out-of-court statement by the defendant's girlfriend to the effect that she admired the victim's earrings and that she was going to get a pair, which was introduced to show a possible motive of the defendant in robbing the victim, was harmless in light of the overwhelming independent evidence of the defendant's guilt *(see, People v Crimmins,* 36 NY2d 230, 241-242).

We disagree with the defendant's contention that the trial court failed to exercise its discretion as required under *People v Sandoval* (34 NY2d 371), or that the court's ruling warrants reversal *(cf., People v Williams,* 56 NY2d 236; *see, People v Pavao,* 59 NY2d 282; *People v Scott,* 161 AD2d 738; *People v Kuethman,* 156 AD2d 472; *People v Fana,* 142 AD2d 684).

The sentence imposed was not excessive *(see, People v Suitte,* 90 AD2d 80). Bracken, J. P., Lawrence, Eiber and Santucci, JJ., concur.